**Order entered January 18, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-01181-CR

**DEVYN KENARD COLEMAN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-57668-T**

### ORDER

Before the Court is Court Reporter Sharina A. Fowler's January 17, 2023 request for an extension of time in which to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due **FEBRUARY 17, 2023**.

We **DIRECT** the Clerk to send copies of this order to Sharina A. Fowler, Court Reporter, and to counsel for all parties.

/s/     ERIN A. NOWELL
JUSTICE